**525**

PERSONAL INFORMATION

|  | OF UNDERSIGNED | OF SPOUSE |
|---|---|---|
| BUSINESS OR OCCUPATION: | ATTORNEY | HOMEMAKER |
| DATE OF BIRTH: | 02-08-42 | 08-05-48 |
| PARTNER OR OFFICER IN ANY OTHER VENTURE | AD HOC CORP/CASS INVESTMENTS | |
| EMPLOYER (NAME & ADDRESS) | SELF-EMPLOYED | |
| YEARS WITH PRESENT EMPLOYER | | |

6

Digitized by Google

## GENERAL INFORMATION

UNDERSIGNED'S MARITAL STATUS:

____X____ MARRIED      _____ UNMARRIED      _____ SEPARATED

ARE ANY OF YOUR SPOUSE'S ASSETS PLEDGED OR MORTGAGED?

____X____ YES      _____ NO  (1)  **House**
                                 (2)  **$25,000 C.D.**

ARE EITHER YOU OR YOUR SPOUSE A DEFENDANT IN ANY SUITS OR LEGAL ACTION?

_____ YES      ___X___ NO  (IF YES, EXPLAIN FULLY ON SEPARATE SHEET.)

ARE THERE PRESENTLY ANY JUDGMENTS, GARNISHMENTS & ATTACHMENTS PENDING AGAINST EITHER YOU OR YOUR ·SPOUSE?

____ YES      ___X___ NO

HAVE EITHER YOU OR YOUR SPOUSE EVER BEEN ADJUDICATED A BANKRUPT?

____ YES      ___X___ NO  (IF YES, EXPLAIN FULLY ON SEPARATE SHEET.)

PERSONAL BANK ACCOUNTS CARRIED AT:

**FIRST NATIONAL BANK OF HOUMA; SOUTH LOUISIANA· BANK**

HAS UNDERSIGNED'S SPOUSE EXECUTED A DECLARATION RESERVING INCOME ON SEPARATE PROPERTY?

_____ YES      ___x___ NO  (IF "YES", ATTACH COPY OF DECLARATION.

**7**

Digitized by Google

THE UNDERSIGNED CERTIFIES THAT THE INFORMATION COMPLETED
HEREIN HAS BEEN CAREFULLY READ AND IS TRUE, COMPLETE AND
CORRECT.

Undersigned authorizes Bank to obtain such information as
bank may require concerning the information completed
herein. Undersigned further agrees that this Personal
Financial Statement shall remain the property of Bank.
Undersigned further authorizes Bank to contact Undersigned,
spouse and other third parties for the purpose of verifying
the information contained herein.

SIGNATURE _____

March 1, 1994 _____
DATE

8

Digitized by Google

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989.
(5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duval, Stanwood R., Jr. | United States District Court Eastern District of Louisiana | 7-18-94 |
| 4. Title (Article III Judges indicate active or senior status; Magistrate Judges indicate full- or part-time) Nominated as Article III Judge | 5. Report Type (check appropriate type.) ___ Nomination Date _____ X Initial ___ Annual ___ Final | 6. Reporting Period 1-1-93 - 7-18-94 |
| 7. Chambers or Office Address 101 Wilson Avenue P. O. Box 3017 Houma, Louisiana 70361 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ____  Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.**

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| President and Director | Apollo Marine Transportation, Inc. (Resigned from this position 11-93) |
| President | Ad Hoc Corporation |
| Senior Partner | Duval, Funderburk, Sundbery & Lovell |
| Vice President and Director | Houma-Terrebonne Chamber of Commerce |

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| _____ | Although no agreement is in place, I will completely liquidate my interest |
| _____ | in my law partnership and will be paid in installments over a period of |
| _____ | several years. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | Duval, Funderburk, Sundbery & Lovell, L.L.P.-Net income attributable to reporting person | $ 306,848.12 |
| 2 | Fordoche, Inc.-Mineral Royalty Income | $ 11,254.73 |
| 3 | Deborah E. Duval (S)-Christmas Decorating Business | $ _____ |
| 4 | Kelley Oil Co.-Lease of property for mineral purposes (1993) | $ 1,425.58 approx. |
| 5 | Medallion Production-Royalty Income (1993) | $ 444.45 |

Digitized by Google

**529**

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
| --- | --- |
| NONE (No such reportable reimbursements or gifts) | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| X NONE (No such reportable gifts) | | |
| 1 | | |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- |
| NONE (No reportable liabilities) | | |
| 1 First National Bank of Houma | Continuing Guaranty for Apollo Marine Transportation, Inc. (Note paid and | L |
| 2 First National Bank of Houma | cancelled 11-93)<br>Line of Credit | J |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

*VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000    N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Duval, Stanwood R. Jr. | 7-26-94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1  C.D.-South Louisiana Bank Houma, Terrebonne Parish, La | E | Int. | K | T | E X E M P T | | | | |
| 2  C. D.-First National Bank of Houma, Terrebonne Parish,La | D | Int. | J | T | E X E M P T | | | | |
| 3  Checking Acct.-First National Bank of Houma | D | Int. | J | T | E X E M P T | | | | |
| 4  Parcel # 1-Terrebonne Parish, La | F | Rent | K | W | E X E M P T | | | | |
| 5  Parcel # 2-Terrebonne Parish, La | F | Rent | K | W | E X E M P T | | | | |
| 6  Parcel # 3-Terrebonne Parish, La | D | Rent | J | W | E X E M P T | | | | |
| 7  1/4 Int. in land holding partnership | F | Rent | K | W | E X E M P T | | | | |
| 8  Ad Hoc Corporation | E | Rent | K | W | E X E M P T | | | | |
| 9  Duval, Funderburk, Sundbery & Lovell, L.L.P. | F | Part. Int. | L | W | E X E M P T | | | | |
| 10  New England Life Insurance | E | | K | T | E X E M P T | | | | |
| 11  New England Life Insurance | C | | J | T | E X E M P T | | | | |
| 12  New England Life Insurance | B | | J | T | E X E M P T | | | | |
| b 13  First National Bank of Houma | D | 1852 Stock | J | T | E X E M P T | | | | |
| a 14  (Govy) Institutional Liquid Assets | E | Int. | K | T | E X E M P T | | | | |
| a 15  Federated GNMA Trust (Fund 16) | E | Int. | K | T | E X E M P T | | | | |
| a 16  Fidelity Spartan High Income # 455 | E | Int. | K | T | E X E M P T | | | | |
| a 17  Harbor Bond Fund | F | Int. | L | T | E X E M P T | | | | |
| a 18  Federated Capital Preservation #04 | E | Int. | K | T | E X E M P T | | | | |
| a 19  Fidelity Advisor Growth Opp #16B | F | Div. | L | T | E X E M P T | | | | |
| a 20  Harbor International Fund | F | Div. | K | T | E X E M P T | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=more than $1,000,000
2 Value Codes: J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=more than $1,000,000
3 Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

*a  In Retirement Plan
*b  In Retirement Plan (1,052 Shares)

FINANCIAL DISCLOSURE REPORT (cont'd)

| | | |
|---|---|---|
| | | 7-29-94 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 16-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Europacific Growth (American Funds) | F | Int. | K | T | E X E M P T | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Value Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000
2 Value Codes: J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: Q=Appraisal  R=Cost (Real estate only)  S=Assessment  T=Cash/Market  U=Book Value  V=Other  W=Estimated

*a   In Retirement Plan

Digitized by Google